# SEELOS THERAPEUTICS, INC.

## RESOLUTION OF THE BOARD OF DIRECTORS

### ADOPTED: NOVEMBER 15, 2024

### AUTHORIZING FILING OF BANKRUPTCY PETITION

It is hereby certified that this Resolution of the Board of Directors of Seelos Therapeutics, Inc. ("the Company"), a corporation duly organized and existing under the laws of Nevada, authorizing the Company to file a voluntary bankruptcy petition was adopted on November 15, 2024.

**WHEREAS,** it is in the best interests of the Company, its creditors, and other interested parties for the Company to file a voluntary petition for relief under chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

**BE IT HEREBY RESOLVED** that the filing of a voluntary bankruptcy petition on the Company's behalf is authorized;

**FURTHER RESOLVED** that Raj Mehra, CEO, is authorized to execute all documents necessary for the Company to file a voluntary petition under chapter 11 of the Bankruptcy Code, including the voluntary petition and any schedules, lists, affidavits, certifications, or other required papers;

**FURTHER RESOLVED** that Raj Mehra is authorized to employ the Law Offices of Gabriel Del Virginia to file a voluntary bankruptcy petition on the Company's behalf and to represent the Company during the bankruptcy case;

**FURTHER RESOLVED** that Raj Mehra, CEO is authorized to retain such other professionals as he or she deems necessary and appropriate to represent, assist, or consult with the Company during the bankruptcy case;

**FURTHER RESOLVED** that Raj Mehra, CEO is authorized to take any other actions necessary to accomplish the purpose of these resolutions; and

**FURTHER RESOLVED** that all acts lawfully done by Raj Mehra, CEO to effectuate the intent of these resolutions are hereby ratified and approved.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

## SIGNATURE PAGE



DATE: 15-Nov-2024

**RICHARD PASCOE**

**CHAIRMAN**



DATE: 15-Nov-2024

**BRIAN LIAN**

**DIRECTOR**



DATE: 15-Nov-2024

**RAJ MEHRA**

**DIRECTOR**