**Fill in this information to identify the case:**

Debtor name _____ SEELOS THERAPEUTICS, INC._____

United States Bankruptcy Court for the: __Southern District of New York__

Case number (If known): ___24-11987_____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | General Hospital 55 Fruit St Crofton, MD, 21114 | | Suppliers or Vendors | Disputed | | | 4,702,058.00 |
| 2 | Syneos Health, LLC 1030 Sync Street Morrisville, NC, 27560 | | Services | | | | 3,500,648.00 |
| 3 | PCM Trials 709 N. Clarkson St Wayne, PA, 19087 | | Services | | | | 3,162,849.00 |
| 4 | Paul Hastings, LLP 1117 S. California Avenue Palo Alto, CA, 94304 | | | | | | 1,463,298.00 |
| 5 | Avantor delivered by VWR International 100 Matsonford Road, Bldg 1, Ste 200 Radnor, PA, 19087 | | | | | | 1,293,435.00 |
| 6 | Aptar Pharma 250 North Route 303 Congers, NY, 10920 | | | | | | 600,000.00 |
| 7 | ClinChoice 1300 Virginia Drive Suite 408 Fort Washington, PA, 19034 | | | | | | 587,007.00 |
| 8 | PCI Pharma Services 4545 Assembly Drive Rockford, IL, 61109 | | | | | | 554,613.00 |

| Debtor | SEELOS THERAPEUTICS, INC. | | Case number *(if known)* | 24-11987 |
|---|---|---|---|---|
| | Name | | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Fish & Richardson, P.C.<br>3200 RBC Plaza<br>60 South Sixth Street<br>Minneapolis, MN, 55402 | | | | | | 495,767.00 |
| 10 | Lifesci Advisors, LLC<br>1700 Broadway<br>40th Floor<br>New York, NY, 10019 | | | | | | 218,083.00 |
| 11 | Broadridge Financial Solutions<br>PO Box 416423<br>Boston, MA, 02241 | | | | | | 213,186.00 |
| 12 | Fresenius Kabi Contract Manufacturing<br>BOKS 430<br>1753 Halden<br>Norway | | | | | | 197,474.00 |
| 13 | Summit Biosciences, Inc.<br>153 Bull Lea Road<br>Lexington, KY, 40511 | | | | | | 178,699.00 |
| 14 | First Insurance Funding<br>450 Skokie Boulevard<br>Suite 1000<br>Northbrook, IL, 60062 | | | | | | 144,837.00 |
| 15 | Toppan Merrill, LLC<br>PO Box 74007295<br>Chicago, IL, 60674 | | | | | | 120,107.00 |
| 16 | Altasciences Company, Inc.<br>5630 Cerritos Avenue<br>Cypress, CA, 90630 | | | | | | 109,915.00 |
| 17 | Inotiv, Inc.<br>2701 Kent Avenue<br>West Lafayette, IN, 47906 | | | | | | 106,163.00 |
| 18 | Protiviti<br>12269 Collections Center Drive<br>Chicago, IL, 60693 | | | | | | 91,510.00 |
| 19 | Brian W. Lian<br>PO Box 7037<br>Rancho Santa Fe, CA, 92067 | | | | | | 89,090.00 |
| 20 | Richard W. Pascoe<br>515 Mirasol Circle<br>Unit 103<br>Celebration, FL, 34747 | | | | | | 83,899.00 |