24-11987

Altasciences Company, Inc.
5630 Cerritos Avenue
Cypress, CA 90630

Aptar Pharma
250 North Route 303
Congers, NY 10920

Avantor delivered by
VWR International
100 Matsonford Road, Bldg 1, Ste 200
Radnor, PA 19087

Brian W. Lian
PO Box 7037
Rancho Santa Fe, CA 92067

Broadridge Financial Solutions
PO Box 416423
Boston, MA 02241

ClinChoice
1300 Virginia Drive
Suite 408
Fort Washington, PA 19034

Denovo
374 Centennial Parkway
Suite 220
Louisville, CO 80027

First Insurance Funding
450 Skokie Boulevard
Suite 1000
Northbrook, IL 60062

Fish & Richardson, P.C.
3200 RBC Plaza
60 South Sixth Street
Minneapolis, MN 55402

Fresenius Kabi Contract Manufacturing
BOKS 430
1753 Halden
Norway,

General Hospital
55 Fruit St
Crofton, MD 21114

24-11987

Inotiv, Inc.
2701 Kent Avenue
West Lafayette, IN 47906

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

KPMG, LLP
Dept 0511
PO Box 120511
Dallas, TX 75312

Lifesci Advisors, LLC
1700 Broadway
40th Floor
New York, NY 10019

Margaret Dalesandro
610 Covelly Lane
Devon, PA 19333

New York City Dept Finance
345 Adams Street, 3rd Fl.
Legal Affairs
Brooklyn, NY 11201

NYS Dept of Tax & Finance
Albany, NY 12227

Office of the United States Trustee
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, NY 10004-1408

Paul Hastings, LLP
1117 S. California Avenue
Palo Alto, CA 94304

PCI Pharma Services
4545 Assembly Drive
Rockford, IL 61109

PCM Trials
709 N. Clarkson St
Wayne, PA 19087

Protiviti
12269 Collections Center Drive
Chicago, IL 60693

Richard W. Pascoe
515 Mirasol Circle
Unit 103
Celebration, FL 34747


Summit Biosciences, Inc.
153 Bull Lea Road
Lexington, KY 40511


Syneos Health, LLC
1030 Sync Street
Morrisville, NC 27560


The Lond Partners. LLC
444 Madison Avenue
41st Floor
New York, NY 10022


Toppan Merrill, LLC
PO Box 74007295
Chicago, IL 60674


U. S. TRUSTEES' OFFICE-S.D.N.Y.
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, NY 1000-1408