WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE, REGION 2
U.S. Department of Justice
Office of the United States Trustee
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, New York  10004
Tel. (212) 510-0500
By:     Mark Bruh, Trial Attorney

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
In re                                                                          :        Chapter 11
                                                                                    :
SEELOS THERAPEUTICS, INC.                                  :
d/b/a APRICUS BIO,                                                  :        Case No: 24-11987 (JPM)
                                                                                    :
                                                    Debtor.         :
------------------------------------------------------------ X

**INSTRUCTIONS FOR TELEPHONIC SECTION 341 MEETING OF CREDITORS**

In accordance with the Notice of Section 341(a) Meeting of Creditors, the section 341 meeting of creditors for the above-captioned case scheduled for **December 23, 2024 at 2:00 p.m.** (the "Designated Meeting Time") will be conducted by **telephone conference.**

All parties shall appear by phone at the section 341 at the Designated Meeting Time in accordance with the instructions below.

**Call-in Information**:

On the date and time set forth above, parties shall dial-in to the meeting using the following dialing instructions:

    Meeting Dial-in No:   **866-453-3473**, and

    when prompted enter the

    Participant Code: **7003984**, followed by #.

To avoid confusion or technical difficulties, attendees are instructed to call in at the

Designated Meeting Time, not before that time, and to disconnect the call after the meeting is concluded.  Thank you for your anticipated cooperation in this regard.

Dated: New York, New York
       Novembre 21, 2024

                           WILLIAM K. HARRINGTON
                           UNITED STATES TRUSTEE

By:   */s/ Mark Bruh*
      Mark Bruh
      Trial Attorney
      Office of the United States Trustee - NY
      Alexander Hamilton Custom House
      One Bowling Green, Room 534
      New York, New York  10004
      Tel. No. (212) 510-0500