**United States Bankruptcy Court**

**IN RE:**

SEELOS THERAPEUTICS, INC.
_____

Case No. 24-11987 _____

Chapter 11 _____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
| --- | --- | --- |
| Brian Lian<br>PO Box 7037, Rancho Santa Fe, CA 92067 | | |
| Raj Mehra<br>209 Lukes Wood Road, New Canaan, CT 06840 | | |
| Richard Pascoe<br>1816 Great Oaks Drive, Raleigh, NC 27608 | | |
| Margaret Dalesandro<br>610 Covelly Lane, Devon, PA 19333 | | |
| Michael Golembiewski<br>7 Turtle Court, Flemington, NJ 08822 | | |