**Fill in this information to identify the case:**

Debtor name ___SEELOS THERAPEUTICS, INC._____

United States Bankruptcy Court for the: ___Southern District of New York___

                                     (State)

Case number (If known): ___24-11987_____

 Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals    **12/15**

### Part 1:   Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B* ............................................................   $ _____0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B* .........................................................   $ 133,311,353.73

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B* ...........................................................   $ 133,311,353.73

### Part 2:   Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ...............................   $ 8,926,974.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 6a of *Schedule E/F* .........................................................   $ 405,248.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ...................................   +$ 17,736,740.00

4. **Total liabilities** ..............................................................................................................................   $ 27,068,962.00
    Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name _SEELOS THERAPEUTICS, INC._

United States Bankruptcy Court for the: _Southern District of New York_

Case number (If known): _24-11987_

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | The General Hospital Corporation 55 Fruit St Boston, MA, 02114 | | Services | Disputed | | | 4,702,058.00 |
| 2 | Syneos Health, LLC 1030 Sync Street Morrisville, NC, 27560 | | Services | | | | 3,500,648.00 |
| 3 | PCM Trials 709 N. Clarkson St Wayne, PA, 19087 | | Services | | | | 3,162,849.00 |
| 4 | Paul Hastings LLP 1117 S. California Ave. Palo Alto, CA, 94304-1106 | | Services | | | | 1,463,298.00 |
| 5 | Avantor delivered by VWR International 100 Matsonford Road, Bldg 1, Ste 200 Radnor, PA, 19087 | | Services | | | | 1,293,435.00 |
| 6 | Aptar Pharma 250 North Route 303 Congers, NY, 10920 | | Services | | | | 600,000.00 |
| 7 | ClinChoice 1300 Virginia Drive Suite 408 Fort Washington, PA, 19034 | | Services | | | | 587,007.00 |
| 8 | PCI Pharma Services 4545 Assembly Drive Rockford, IL, 61109 | | Services | | | | 554,613.00 |

| Debtor | SEELOS THERAPEUTICS, INC. | | Case number *(if known)* | 24-11987 |
|---|---|---|---|---|
| | Name | | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Fish & Richardson, P.C. 3200 RBC Plaza 60 South Sixth Street Minneapolis, MN, 55402 | | Services | | | | 495,767.00 |
| 10 | Lifesci Advisors, LLC 1700 Broadway 40th Floor New York, NY, 10019 | | Services | | | | 218,083.00 |
| 11 | Broadridge Financial Solutions PO Box 416423 Boston, MA, 02241 | | Services | | | | 213,186.00 |
| 12 | Fresenius Kabi Contract Manufacturing BOKS 430 1753 Halden Norway | | Services | | | | 197,474.00 |
| 13 | Summit Biosciences, Inc. 1513 Bull Lea Road Lexington, KY, 40511 | | Services | | | | 178,699.00 |
| 14 | First Insurance Funding 450 Skokie Boulevard Suite 1000 Northbrook, IL, 60062 | | Services | | | | 144,837.00 |
| 15 | Toppan Merrill, LLC PO Box 74007295 Chicago, IL, 60674 | | Services | | | | 120,107.00 |
| 16 | Altasciences Company, Inc. 5630 Cerritos Avenue Cypress, CA, 90630 | | Services | | | | 109,915.00 |
| 17 | Inotiv, Inc. 2701 Kent Avenue West Lafayette, IN, 47906 | | Services | | | | 106,163.00 |
| 18 | Protiviti 12269 Collections Center Drive Chicago, IL, 60693 | | Services | | | | 91,510.00 |
| 19 | KPMG LLP Dept 0511 PO Box 120511 Dallas, TX, 75312-0511 | | Services | | | | 75,000.00 |
| 20 | Denovo 374 Centennial Parkway Suite 220 Louisville, CO, 80027 | | Services | | | | 72,322.00 |

**Fill in this information to identify the case:**

Debtor name  SEELOS THERAPEUTICS, INC.

United States Bankruptcy Court for the: Southern District of New York

Case number (If known): 24-11987

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**    $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Westpac Australia | Checking | 8  3  9  2 | $ 49,000.00 |
| 3.2. | See continuation sheet | | | $ 39,788.31 |

4. **Other cash equivalents** *(Identify all)*

| 4.1. | _____ | $ _____ |
| 4.2. | _____ | $ _____ |

5. **Total of Part 1**    $ 88,788.31

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| 7.1. | 300 Park Avenue, Inc. | $ 6,600.00 |
| 7.2. | _____ | $ _____ |

Debtor   SEELOS THERAPEUTICS, INC.                    Case number (*if known*) 24-11987
_____Name_____

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1. Clinical Trial Costs _____ $ 1,250,869.42

   8.2. See continuation sheet _____ $ 214,891.00

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.                    $ 1,472,360.42

## Part 3:   Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☑ No. Go to Part 4.

    ☐ Yes. Fill in the information below.

                                                                    **Current value of debtor's
                                                                    interest**

11. **Accounts receivable**

    11a. 90 days old or less: _____ – _____ = ........➜   $_____
                              face amount      doubtful or uncollectible accounts

    11b. Over 90 days old:    _____ – _____ = ........➜   $_____
                              face amount      doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.      $_____

## Part 4:   Investments

13. **Does the debtor own any investments?**

    ☐ No. Go to Part 5.

    ☑ Yes. Fill in the information below.

                                                    **Valuation method        Current value of debtor's
                                                    used for current value      interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. _____   _____   $_____

    14.2. _____   _____   $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses,
    including any interest in an LLC, partnership, or joint venture**

    Name of entity:                          % of ownership:

    15.1. Apricus Pharmaceuticals USA Inc.    100 %        _____   $ 0.00

    15.2. See continuation sheet             ____ %        _____   $ 0.00

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable
    instruments not included in Part 1**

    Describe:

    16.1. _____   _____   $_____

    16.2. _____   _____   $_____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.                  $ 0.00

---

Debtor      SEELOS THERAPEUTICS, INC.                                    Case number *(if known)*    24-11987
            Name

---

<div style="background:black;color:white">**Part 5:**</div>    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☐ No. Go to Part 6.

    ☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | ___ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | ___ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | ___ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** <br> See attached | 12/04/2024 <br> MM / DD / YYYY | $_____ | _____ | 0.00 <br> $_____ |

23. **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84.                                        $ 0.00 _____

24. **Is any of the property listed in Part 5 perishable?**
    ☑ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☑ No
    ☐ Yes. Book value _____    Valuation method_____    Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

---

<div style="background:black;color:white">**Part 6:**</div>    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ☑ No. Go to Part 7.

    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $_____ | | $_____ |

---

Debtor _____    Case number (*if known*) __24-11987__
       SEELOS THERAPEUTICS, INC.
       Name

**33.  Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.                                 $_____

**34.  Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

**35.  Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____  Valuation method _____  Current value $_____

**36.  Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37.  Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| **Part 7:** | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

**38.  Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| **39.  Office furniture** | | | |
|  | $_____ | _____ | $_____ |
| **40.  Office fixtures** | | | |
|  | $_____ | _____ | $_____ |
| **41.  Office equipment, including all computer equipment and communication systems equipment and software** | | | |
|  | $_____ | _____ | $_____ |
| **42.  Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | · $_____ |

**43.  Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.                                 $_____

**44.  Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

**45.  Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor   SEELOS THERAPEUTICS, INC.
         Name

Case number (if known)   24-11987

---

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☑ No. Go to Part 9.

    ☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

    | | | | |
    |---|---|---|---|
    | 47.1_____ | $_____ | _____ | $_____ |
    | 47.2_____ | $_____ | _____ | $_____ |
    | 47.3_____ | $_____ | _____ | $_____ |
    | 47.4_____ | $_____ | _____ | $_____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

    | | | | |
    |---|---|---|---|
    | 48.1_____ | $_____ | _____ | $_____ |
    | 48.2_____ | $_____ | _____ | $_____ |

49. **Aircraft and accessories**

    | | | | |
    |---|---|---|---|
    | 49.1_____ | $_____ | _____ | $_____ |
    | 49.2_____ | $_____ | _____ | $_____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

    | | | |
    |---|---|---|
    | $_____ | _____ | $_____ |

51. **Total of Part 8.**

    Add lines 47 through 50. Copy the total to line 87.

    $_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ☐ No

    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

---

Debtor  SEELOS THERAPEUTICS, INC. _____   Case number *(if known)* 24-11987 _____
  Name

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | | $_____ | _____ | $_____ |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.   $_____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 10:   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.   $_____

Debtor    SEELOS THERAPEUTICS, INC.    Case number *(if known)* 24-11987
Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
☐ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☐ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 11:    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.
☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71. **Notes receivable**
Description (include name of obligor)
_____    0.00 — 0.00    = ➜    $ 0.00
                      Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)
Net Operating Loss _____    Tax year 2023    $ 131,750,205.00
_____    Tax year _____    $_____
_____    Tax year _____    $_____

73. **Interests in insurance policies or annuities**
_____    $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
_____    $_____
Nature of claim    _____
Amount requested    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
_____    $_____
Nature of claim    _____
Amount requested    $_____

76. **Trusts, equitable or future interests in property**
_____    $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
_____    $_____
_____    $_____

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.    $ 131,750,205.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor  SEELOS THERAPEUTICS, INC.                                    Case number (if known)  24-11987
        Name

---

| **Part 12:** | **Summary** |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 88,788.31 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 1,472,360.42 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .............................................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 131,750,205.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ..........................91a. | $ 133,311,353.73 | + 91b. $ 0.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .............................................. 133,311,353.73 | | $ 133,311,353.73 |

SEELOS THERAPEUTICS, INC.

Debtor 1 _____    Case number *(if known)*_____
First Name    Middle Name    Last Name

## Continuation Sheet for Official Form 206 A/B

**3) Checking, savings, money market, or financial brokerage accounts**
**General description Type of account Last 4 digits of account**
**number**
**First Bank Checking 7471**
**Balance: 520.43**
**TD Bank Checking 1379**
**Balance: 39,267.71**
**TD Bank Money Market 0374**
**Balance: 0.17**
**8) Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and**
**rent**
**General description Current value**
**AUS Prepaids $20,141.00**
**Corporate Insurance $130,000.00**
**G&A Costs $64,750.00**
**15) Non-publicly traded stock and interests in incorporated and unincorporated businesses,**
**including any interest in an LLC, partnership, or joint venture**
**General description % of ownership Valuation method Current value**
**Nexmed Holdings, 100% 0.00**
**Inc.**
**Nemed (USA) Inc. 100% 0.00**
**Seelos Corporation 100% 0.00**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | SEELOS THERAPEUTICS, INC. |
| United States Bankruptcy Court for the: | Southern District of New York |
| Case number (If known): | 24-11987 |

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Creditor's name**<br>The Lind Partners. LLC | **Describe debtor's property that is subject to a lien** | $ 8,926,974.00 | $ 0.00 |
| **Creditor's mailing address**<br>444 Madison Avenue<br>41st Floor, New York, NY 10022 | | | |
| **Creditor's email address, if known**<br>jeaston@thelindpartners.com | **Describe the lien** | | |
| | **Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes | | |
| **Date debt was incurred** 11/23/2021<br>**Last 4 digits of account number** | **Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H). | | |
| **Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor, | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| | | | |
|---|---|---|---|
| **2.2** **Creditor's name** | **Describe debtor's property that is subject to a lien** | $ | $ |
| **Creditor's mailing address** | | | |
| **Creditor's email address, if known** | **Describe the lien** | | |
| | **Is the creditor an insider or related party?**<br>☐ No<br>☐ Yes | | |
| **Date debt was incurred**<br>**Last 4 digits of account number** | **Is anyone else liable on this claim?**<br>☐ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H). | | |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>☐ Yes. Have you already specified the relative priority?<br>　☐ No. Specify each creditor, including this creditor, and its relative priority.<br>　☐ Yes. The relative priority of creditors is specified on lines _____ | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ 8,926,974.00

| Debtor | SEELOS THERAPEUTICS, INC. | Case number (if known) | 24-11987 |
|---|---|---|---|
| | Name | | |

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

**Fill in this information to identify the case:**

Debtor    SEELOS THERAPEUTICS, INC.

United States Bankruptcy Court for the:   Southern District of New York

Case number   24-11987
(If known)

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>Anthony Marciano<br>138 Siwanoy Blvd<br>Eastchester, NY 10709 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 29,070.00 | $ 15,150.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>Wages, Salaries, Commissions | | |
| | **Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 ) | | | |
| **2.2** | Priority creditor's name and mailing address<br>Gopal Krishna<br>19 Castle Ct<br>Randolph, NJ 07869 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 31,404.00 | $ 15,150.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>Wages, Salaries, Commissions | | |
| | **Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 ) | | | |
| **2.3** | Priority creditor's name and mailing address<br>Karen Fusaro<br>253 Ashland Rd.<br>Summit, NJ 07901 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 66,000.00 | $ 15,150.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>Wages, Salaries, Commissions | | |
| | **Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 ) | | | |

Debtor  SELLAS THERAPEUTICS, INC.  Case number *(if known)* 24-11987

Name

## Part 1.  Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.4** Priority creditor's name and mailing address
Krishna Subramanian
8923 Ringview Dr
Mechanicsville, VA 23116

$ 33,333.00        $ 15,150.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

Basis for the claim:

Wages, Salaries, Commissions

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.5** Priority creditor's name and mailing address
Luke Pilipski
29 Philemon Whale Ln
Sudbury, MA 01776

$ 34,781.00        $ 15,150.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

Basis for the claim:

Wages, Salaries, Commissions

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.6** Priority creditor's name and mailing address
Michael Golembiewski
7 Turtle Ct
Flemington, NJ 08822

$ 66,406.00        $ 15,150.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

Basis for the claim:

Wages, Salaries, Commissions

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.7** Priority creditor's name and mailing address
Raj Mehra
209 Lukes Wood Road
New Canaan, CT 06840

$ 103,942.00        $ 15,150.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

Basis for the claim:

Wages, Salaries, Commissions

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Debtor SEELOS THERAPEUTICS, INC.
Name

Case number (if known) 24-11987

---

| Part 1. | Additional Page |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.** 8 **Priority creditor's name and mailing address**

Robert Todd
1 Buchanan Rd.
West Roxbury, MA 02132

$ 40,312.00    $ 15,150.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

**2.** ___ **Priority creditor's name and mailing address**

$ _____    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

---

**2.** ___ **Priority creditor's name and mailing address**

$ _____    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

---

**2.** ___ **Priority creditor's name and mailing address**

$ _____    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

---

Debtor    SEELOS THERAPEUTICS, INC.                                    Case number (*if known*)    24-11987
            Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |

| 3.1 | **Nonpriority creditor's name and mailing address**<br>Agilex c/o<br>Marshall Freeman<br>28 Dalgleish Street<br>Thebarton SA 5031 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Services | $ 0.00 |
| | Date or dates debt was incurred _____<br>Last 4 digits of account number _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address**<br>Altasciences Company, Inc.<br>5630 Cerritos Avenue<br>Cypress, CA 90630 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Services | $ 109,915.00 |
| | Date or dates debt was incurred _____<br>Last 4 digits of account number _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address**<br>American Express<br>PO Box 981537<br>El Paso, TX 79998 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Credit Card Debt | $ 12,000.00 |
| | Date or dates debt was incurred _____<br>Last 4 digits of account number _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address**<br>AON<br>29695 Network Place<br>Chicago, IL 60673 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Services | $ 8,802.00 |
| | Date or dates debt was incurred _____<br>Last 4 digits of account number _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.5 | **Nonpriority creditor's name and mailing address**<br>Aptar Pharma<br>250 North Route 303<br>Congers, NY 10920 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Services | $ 600,000.00 |
| | Date or dates debt was incurred _____<br>Last 4 digits of account number _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.6 | **Nonpriority creditor's name and mailing address**<br>ASHBY<br>500 Delaware Ave.<br>PO Box 1150<br>Wilmington, DE 19899 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Services | $ 26,921.00 |
| | Date or dates debt was incurred _____<br>Last 4 digits of account number _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor ___SEELOS THERAPEUTICS, INC._____    Case number *(if known)*___24-11987_____
        Name

| Part 2: | Additional Page |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

**3.**⁷ **Nonpriority creditor's name and mailing address**

Avance
213 Glynburn Road
Firie South Australia 5070

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.**⁸ **Nonpriority creditor's name and mailing address**

Avantor delivered by
VWR International
100 Matsonford Road, Bldg 1, Ste 200
Radnor, PA 19087

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,293,435.00

---

**3.**⁹ **Nonpriority creditor's name and mailing address**

BHS
6225 Smith Ave.
Ste. 203
Baltimore, MD 21209

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,000.00

---

**3.**¹⁰ **Nonpriority creditor's name and mailing address**

Brian W. Lian
PO Box 7037
Rancho Santa Fe, CA 92067

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Board Compensation

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 89,090.00

---

**3.**¹¹ **Nonpriority creditor's name and mailing address**

Broadridge Financial Solutions
PO Box 416423
Boston, MA 02241

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 213,186.00

---

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.12**  Nonpriority creditor's name and mailing address

Brownstein Hyatt Farber Schreck, LLP
675 15th Street
Suite 2900
Denver, CO 80202

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**$ 25,213.00**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.13**  Nonpriority creditor's name and mailing address

CAERUS MARKETING GRO
1315 Lincoln Blvd
#270
Santa Monica, CA 90401

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**$ 66,575.00**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.14**  Nonpriority creditor's name and mailing address

Cenrg
PO Box 634
Cardiff by the Sea, CA 92007

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**$ 9,000.00**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.15**  Nonpriority creditor's name and mailing address

CFGI Holdings, LLC
1 Lincoln Street
Suite 1301
Boston, MA 2111

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**$ 26,313.00**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.16**  Nonpriority creditor's name and mailing address

Charles River
251 Ballardvale St.
Wilmington, MA 01887-1096

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**$ 4,509.00**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor ___SEELOS THERAPEUTICS, INC.___ Case number (if known) ___24-11987___
Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.17** Nonpriority creditor's name and mailing address

Cision
1785 Greensboro Station
8th floor
McLean , VA 22102

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 10,251.00

---

**3.18** Nonpriority creditor's name and mailing address

ClearBridge Compensation Group LLC
10 E 53rd St
24th Floor
New York, NY 10022

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 21,093.00

---

**3.19** Nonpriority creditor's name and mailing address

ClinChoice
1300 Virginia Drive
Suite 408
Fort Washington, PA 19034

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 587,007.00

---

**3.20** Nonpriority creditor's name and mailing address

Concur Technologies, Inc
601 108th Avenue NE
Suite 1000
Bellevue, WA 98004

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 829.00

---

**3.21** Nonpriority creditor's name and mailing address

CT Corpration
PO Box 4349
Carol Stream, IL 60197-4349

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 2,885.00

---

Debtor    SEELOS THERAPEUTICS, INC.
_____Name_____    Case number *(if known)*    24-11987

---

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.22** | **Nonpriority creditor's name and mailing address**

Daniel James O'Connor
13 East Welling Ave
Pennington, NJ 08534-3321

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Board Compensation

$ 33,425.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.23** | **Nonpriority creditor's name and mailing address**

Denovo
374 Centennial Parkway
Suite 220
Louisville, CO 80027

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 72,322.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.24** | **Nonpriority creditor's name and mailing address**

Digital Edge
102 Meriden Dr.
Hockessin, DE 19707

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 5,547.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.25** | **Nonpriority creditor's name and mailing address**

Donohoe Advisors
9801 Washington Blvd
Suite 340
Rockville, MD 20850

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 5,265.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.26** | **Nonpriority creditor's name and mailing address**

Duke University Office of Translation
2812 Erwin Rd
Ste 406
Durham, NC 27705

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services

$ 26,018.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

Debtor    SEELOS THERAPEUTICS, INC.                        Case number (if known)    24-11987
_____
Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.27  Nonpriority creditor's name and mailing address**

EPL Pathology Archives, LLC
45610 Terminal Dr
Sterling, VA 20166

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 7,034.00

---

**3.28  Nonpriority creditor's name and mailing address**

Equinity Trust
PO Box 856686
Minneapolis, MN 55485

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 7,689.00

---

**3.29  Nonpriority creditor's name and mailing address**

Evotec
Mnafred Eigen Campus
Essener Bogen 7
Hamburg, WY

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 50,561.00

---

**3.30  Nonpriority creditor's name and mailing address**

FGK Representative Services
HRB Munchen
Munich, MI

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 1,365.00

---

**3.31  Nonpriority creditor's name and mailing address**

First Insurance Funding
450 Skokie Boulevard
Suite 1000
Northbrook, IL 60062

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 144,837.00

Debtor ___SEELOS THERAPEUTICS, INC.___    Case number (if known) __24-11987__
            Name

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.32**  **Nonpriority creditor's name and mailing address**

Fish & Richardson, P.C.
3200 RBC Plaza
60 South Sixth Street
Minneapolis, MN 55402

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 495,767.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.33**  **Nonpriority creditor's name and mailing address**

Freemind Group
6 Liberty Square #2783
Boston, MA 2109

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 13,300.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.34**  **Nonpriority creditor's name and mailing address**

Fresenius Kabi Contract Manufacturing
BOKS 430
1753 Halden
Norway

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 197,474.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.35**  **Nonpriority creditor's name and mailing address**

Frontage Laboratories Inc
700 Pennsylvania Dr.
Exton, PA 19341

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 34,964.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.36**  **Nonpriority creditor's name and mailing address**

Fusion Networks
640 Belle Terre Rd
Building G
Port Jefferson, NY 11777

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,306.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

Debtor  SEELOS THERAPEUTICS, INC.                    Case number (if known)  24-11987
        Name

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.37  Nonpriority creditor's name and mailing address**

Gray Consulting Inc. DBA Clincierge
190 N. Independence Mall West
Suite 201
Philadelphia, PA 19106

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 23,295.00

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

---

**3.38  Nonpriority creditor's name and mailing address**

Hilary North Scheler
50 Hillside Ave
New Canaan, CT 6840

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 784.00

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

---

**3.39  Nonpriority creditor's name and mailing address**

Hyman Phelps & McNamara
700 13th St NW
Suite 1200
Washington, DC 20005

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 57,167.00

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

---

**3.40  Nonpriority creditor's name and mailing address**

Independent Stock Plan Advisors LLC
598 Washington Street
Duxbury, MA 2332

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 11,750.00

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

---

**3.41  Nonpriority creditor's name and mailing address**

Inotiv, Inc.
2701 Kent Avenue
West Lafayette, IN 47906

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 106,163.00

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

Debtor    SEELOS THERAPEUTICS, INC.
_____    Case number (if known) 24-11987
Name

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.42  Nonpriority creditor's name and mailing address**

Jeffrey H. Kordower
1506 East Treasure Cove Drive
Gilbert, AZ 85234

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 30,000.00

---

**3.43  Nonpriority creditor's name and mailing address**

Kari Nations
1502 Travis Heights Blvd.
Austin, TX 78704

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 36,988.00

---

**3.44  Nonpriority creditor's name and mailing address**

Kathy Kresmery
2 Kathy Lane
Warren, NJ 7059

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 5,850.00

---

**3.45  Nonpriority creditor's name and mailing address**

KPMG LLP
Dept 0511
PO Box 120511
Dallas, TX 75312-0511

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 75,000.00

---

**3.46  Nonpriority creditor's name and mailing address**

Life Science Legal LLC
214 South Spring Street
Independence, MO 64050

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 520.00

---

Debtor  SEELOS THERAPEUTICS, INC.
_____   Case number (if known) 24-11987
Name

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 47  **Nonpriority creditor's name and mailing address**

Lifesci Advisors, LLC
1700 Broadway
40th Floor
New York, NY 10019

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 218,083.00

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 48  **Nonpriority creditor's name and mailing address**

Margaret Dalesandro
610 Covelly Lane
Devon, PA 19333

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Board Compensation

$ 74,641.00

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 49  **Nonpriority creditor's name and mailing address**

Marsh McLennan
Lockbox 740663
Los Angeles, CA 90074

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 11,277.00

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 50  **Nonpriority creditor's name and mailing address**

Mary Naggs
PO Box 446
Volcano, HI 96785

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 49,749.00

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 51  **Nonpriority creditor's name and mailing address**

Mediant Communications Inc.
PO Box 29976
New York, NY 10087-9976

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 2,305.00

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor _____SEELOS THERAPEUTICS, INC._____    Case number *(if known)*___24-11987___
           Name

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.52  Nonpriority creditor's name and mailing address**

MedTag Sarl
Rue des Rotafayes 16A
1063 Chapelle sur Moudon, RI

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 10,301.00

**3.53  Nonpriority creditor's name and mailing address**

Mintz
PO Box 4539
Boston, MA 02212-4539

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 571.00

**3.54  Nonpriority creditor's name and mailing address**

MMS Holdings Inc.
6880 Commerce Blvd
Canton, MI 48187

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 36,330.00

**3.55  Nonpriority creditor's name and mailing address**

Morrow Sodali LLC
470 West Avenue
3rd Floor
Stamford, MA 6902

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 38,107.00

**3.56  Nonpriority creditor's name and mailing address**

Nasdaq Corporate Solutions, LLC
LBX #11700
P.O. Box 780700
Philadelphia, PA 19178-070

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 7,174.00

Debtor    SEELOS THERAPEUTICS, INC.    Case number (if known)    24-11987
　　　　　Name

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.57**    Nonpriority creditor's name and mailing address

Ottavio Vitolo
71 Westland Avenue
Newton, MA 2465

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

$ 1,083.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.58**    Nonpriority creditor's name and mailing address

PCI Pharma Services
4545 Assembly Drive
Rockford, IL 61109

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

$ 554,613.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.59**    Nonpriority creditor's name and mailing address

PCI Pharma Services UK
Capital Building
Tyndall Street
Cardiff CF10 4AZ

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

$ 2,864.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.60**    Nonpriority creditor's name and mailing address

PCM Trials
709 N. Clarkson St
Wayne, PA 19087

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

$ 3,162,849.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.61**    Nonpriority creditor's name and mailing address

Pharmacology Development Services
3135 Doe Brook Road
Collegeville, PA 19426

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

$ 2,000.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | SEELOS THERAPEUTICS, INC. | Case number (if known) 24-11987 |
|---|---|---|
| | Name | |

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

**3.62** Nonpriority creditor's name and mailing address

Protiviti
12269 Collections Center Drive
Chicago, IL 60693

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 91,510.00

---

**3.63** Nonpriority creditor's name and mailing address

Quanterix Corporation
900 Middlesex Turnpike
Building 1
Billerica, MA 1821

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 29,663.00

---

**3.64** Nonpriority creditor's name and mailing address

Richard W. Pascoe
1816 Great Oaks Drive
Raleigh, NC 27608

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Board Compensation

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 83,899.00

---

**3.65** Nonpriority creditor's name and mailing address

Say Technologies LLC
85 Willow Road
Menlo Park, CA 94025

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 12,055.00

---

**3.66** Nonpriority creditor's name and mailing address

Solvias
480 Neponset St.
Bldg. 7
Canton, MA 2021

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 26,123.00

---

Debtor  SEELOS THERAPEUTICS, INC.                                    Case number *(if known)* 24-11987
          Name

---

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.67** Nonpriority creditor's name and mailing address

Studio 300
300 Park Avenue
New York, NY 10022

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 5,355.00

---

**3.68** Nonpriority creditor's name and mailing address

Sullivan & Worcester
PO Box 847423
Boston, MA 02284

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 32,730.00

---

**3.69** Nonpriority creditor's name and mailing address

Summit Biosciences, Inc.
1513 Bull Lea Road
Lexington, KY 40511

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 178,699.00

---

**3.70** Nonpriority creditor's name and mailing address

Syneos Health Clinique Inc.
PO Box 418302
Boston, MA 02241-8302

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 45,730.00

---

**3.71** Nonpriority creditor's name and mailing address

Syneos Health, LLC
1030 Sync Street
Morrisville, NC 27560

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 3,500,648.00

---

Debtor __SEELOS THERAPEUTICS, INC._____    Case number (if known) _24-11987___
         Name

| Part 2: | Additional Page |
|---------|-----------------|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

3. **72** | **Nonpriority creditor's name and mailing address**

Synochus, Inc.
100 Baldwin Avenue
Unit 10
Woburn, MA 1801

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 25,000.00

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. **73** | **Nonpriority creditor's name and mailing address**

Tab Service Co.
310 S Racine Ave
Chicago, IL 60707

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 1,420.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. **74** | **Nonpriority creditor's name and mailing address**

TeamLogic IT
2 Swamp Rd
Newtown, PA 18940

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 50,176.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. **75** | **Nonpriority creditor's name and mailing address**

The Engelke Group
11825 Simpsons Mill Road
Keymar, MD 21757

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 2,550.00

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3. **76** | **Nonpriority creditor's name and mailing address**

The General Hospital Corporation
55 Fruit St
Boston, MA 02114

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:** Services

$ 4,702,058.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor _____SEELOS THERAPEUTICS, INC._____    Case number (if known) __24-11987__
    Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.77** Nonpriority creditor's name and mailing address

The Regents of the University of Califor
1111 Franklin Street
12th Floor
Oakland, CA 94607-5200

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 17,799.00

---

**3.78** Nonpriority creditor's name and mailing address

Toppan Merrill, LLC
PO Box 74007295
Chicago, IL 60674

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 120,107.00

---

**3.79** Nonpriority creditor's name and mailing address

University of Queensland
Brisbane OLD 4072

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.80** Nonpriority creditor's name and mailing address

Vanguard
PO Box 28067
New York, NY 10087

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 2,566.00

---

**3.81** Nonpriority creditor's name and mailing address

Vlasac & cassidy
1989 Arena Drive
Suite 2
Hamilton, NJ 8610

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 5,055.00

---

Debtor _SEELOS THERAPEUTICS, INC._____ Case number (if known) _24-11987_____
       Name

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

---

**3.⁸²  Nonpriority creditor's name and mailing address**

Wilks Auslander
825 Eighth Avenue
Suite 2900
New York, NY 10019

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 16,151.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.⁸³  Nonpriority creditor's name and mailing address**

WilliamsMarston LLC
Department 500
PO Box 4106
Woburn, MA 1888

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 17,672.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.⁸⁴  Nonpriority creditor's name and mailing address**

Withum
PO Box 5340
Princeton, NJ 8543

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 9,620.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.⁸⁵  Nonpriority creditor's name and mailing address**

World Courier Inc
PO Box 842325
Boston, MA 2284

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 8,652.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.⁸⁶  Nonpriority creditor's name and mailing address**

Yourway Transport, Inc.
6681 Snowdrift Rd
Allentown, PA 18106-9353

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 25,140.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    SELECT HEAT DISTRIBUTION, INC.                    Case number (if known)  24-11987

Name

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | **Total of claim amounts** |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | | $ 405,248.00 |
| 5b. **Total claims from Part 2** | 5b. | **+** | $ 17,736,740.00 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | $ 18,141,988.00 |

---

**Fill in this information to identify the case:**

Debtor name __SEELOS THERAPEUTICS, INC.__

United States Bankruptcy Court for the: __Southern District of New York__

Case number (If known): __24-11987__   Chapter __11__

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | **State what the contract or lease is for and the nature of the debtor's interest** | Studio Lease<br>Lessee | 300 Park Avenue, Inc.<br>300 Park Avenue<br>New York, NY, 10022 |
| | **State the term remaining** | ending on 3/31/2025 | |
| | **List the contract number of any government contract** | | |
| **2.2** | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.3** | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.4** | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.5** | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

**Fill in this information to identify the case:**

Debtor name  SEELOS THERAPEUTICS, INC.

United States Bankruptcy Court for the:  Southern District of New York

Case number (If known):  24-11987

☐ Check if this is an
amended filing

## Official Form 206H

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | | | ☐ D ☐ E/F ☐ G |
| 2.2 | | | ☐ D ☐ E/F ☐ G |
| 2.3 | | | ☐ D ☐ E/F ☐ G |
| 2.4 | | | ☐ D ☐ E/F ☐ G |
| 2.5 | | | ☐ D ☐ E/F ☐ G |
| 2.6 | | | ☐ D ☐ E/F ☐ G |

**Fill in this information to identify the case:**

Debtor name _SEELOS THERAPEUTICS, INC._

United States Bankruptcy Court for the: _Southern District of New York_

Case number (If known): _24-11987_

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| **Part 1:** | **Income** |
| --- | --- |

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From 01/01/2024<br><span>MM / DD / YYYY</span> | to | Filing date | ☐ Operating a business<br>☐ Other | $ 1,594,043.00 |
| **For prior year:** | From 01/01/2023<br><span>MM / DD / YYYY</span> | to | 12/31/2023<br><span>MM / DD / YYYY</span> | ☐ Operating a business<br>☐ Other | $ 2,203,000.00 |
| **For the year before that:** | From 01/01/2022<br><span>MM / DD / YYYY</span> | to | 12/31/2022<br><span>MM / DD / YYYY</span> | ☐ Operating a business<br>☐ Other | $ 0.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From<br><span>MM / DD / YYYY</span> | to | Filing date | | $ |
| **For prior year:** | From<br><span>MM / DD / YYYY</span> | to | <span>MM / DD / YYYY</span> | | $ |
| **For the year before that:** | From<br><span>MM / DD / YYYY</span> | to | <span>MM / DD / YYYY</span> | | $ |

| Debtor | SEELOS THERAPEUTICS, INC. | Case number (if known) 24-11987 |
|---|---|---|
| | Name | |

---

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

**3.  Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/23 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer <br> *Check all that apply* |
|---|---|---|---|---|
| 3.1. | OTC Markets <br> Creditor's name <br> 300 Vesey Street <br> 12th Floor <br> New York, NY 10282 | 10/15/2024 | $ 15,600.00 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☑ Services <br> ☐ Other _____ |
| 3.2. | First Insurance Funding <br> Creditor's name <br> 450 Skokie Boulevard <br> Suite 1000 <br> Northbrook, IL 60062 | 09/18/2024 | $ 74,199.56 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☑ Services <br> ☐ Other _____ |

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | _____ <br> Insider's name <br><br> Relationship to debtor <br> _____ | _____ <br> _____ <br> _____ | $ _____ | |
| 4.2. | _____ <br> Insider's name <br><br> Relationship to debtor <br> _____ | _____ <br> _____ <br> _____ | $ _____ | |

---

Debtor    SEELOS THERAPEUTICS, INC.                                    Case number *(if known)* 24-11987
_____
Name

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | _____ | $_____ |
| | Creditor's name | | | |
| 5.2. | | | _____ | $_____ |
| | Creditor's name | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | _____ | $_____ |
| Creditor's name | | | |

Last 4 digits of account number: XXXX– _____

<table>
<tr><td>**Part 3:**</td><td>**Legal Actions or Assignments**</td></tr>
</table>

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Altasciences Clinical Los Angeles, Inc. . -vs- Seelos Therapeutics, Inc. | Civil Suit | In the Superior Court of the State of Delaware | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>N24C-01-242 FJJ | | | |
| 7.2. | **Case title**<br>Empery Asset Master Ltd, et al -vs- Seelos Therapeutics, Inc. | | **Court or agency's name and address**<br>Supreme Court of the State of New York, County of New York | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>651525/2024 | Civil Suit | | |

| Debtor | SEELOS THERAPEUTICS, INC. | Case number (if known) | 24-11987 |
|---|---|---|---|
| | Name | | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | | |
| | **Case title** | **Court name and address** |
| | _____ | _____ |
| | | Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

| **Part 4:** | **Certain Gifts and Charitable Contributions** |
|---|---|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | _____ | | _____ | $_____ |
| | Recipient's name | | _____ | $_____ |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |
| 9.2. | _____ | | _____ | $_____ |
| | Recipient's name | | _____ | $_____ |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |

| **Part 5:** | **Certain Losses** |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | _____ | _____ | $_____ |

Debtor   SEELOS THERAPEUTICS, INC.
_____   Case number (if known)   24-11987
         Name                                                        _____

---

| Part 6: | Certain Payments or Transfers |
|---|---|

### 11. Payments related to bankruptcy

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

|  | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Law Office of Gabriel Del Virginia | | 11/2024 | $ 10,000.00 |
|  | **Address** | | | |
|  | 30 Wall Street-12th Floor, 12 Floor New York, NY 10005 | | | |
|  | **Email or website address** gabriel.delvirginia@verizon.net | | | |
|  | **Who made the payment, if not debtor?** | | | |

|  | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $_____ |
|  | **Address** | | | |
|  | **Email or website address** | | | |
|  | **Who made the payment, if not debtor?** | | | |

### 12. Self-settled trusts of which the debtor is a beneficiary

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $_____ |
| **Trustee** | | | |

Debtor      SEELOS THERAPEUTICS, INC.                                    Case number (if known)  24-11987
            Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | **Who received transfer?** _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | | From _____   To _____ |
| 14.2. | | From _____   To _____ |

| Debtor | SEELOS THERAPEUTICS, INC. | Case number *(if known)* 24-11987 |
|--------|---------------------------|-----------------------------------|
|        | Name                      |                                   |

---

| **Part 8:** | **Health Care Bankruptcies** |
|-------------|------------------------------|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---------------------------|----------------------------------------------------------------------------------|----------------------------------------------------------------------------|
| 15.1. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---------------------------|----------------------------------------------------------------------------------|----------------------------------------------------------------------------|
| 15.2. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

---

| **Part 9:** | **Personally Identifiable Information** |
|-------------|------------------------------------------|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|--------------|---------------------------------------------|
| _____ | EIN: _____ |

Has the plan been terminated?

☐ No

☐ Yes

Debtor    SEELOS THERAPEUTICS, INC.                                    Case number (if known) 24-11987
          Name

---

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name | | | ☐ No<br>☐ Yes |
| Address | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name | | | ☐ No<br>☐ Yes |
| Address | | | |

---

Debtor    SEELOS THERAPEUTICS, INC.                                          Case number *(if known)* 24-11987
_____
            Name

---

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| _____<br>Name | | | $_____ |

---

## Part 12:  Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | | ☐ Pending |
| **Case number** | Name | | ☐ On appeal |
| _____ | _____ | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____<br>Name | _____<br>Name | | _____ |

---

Official Form 207            **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**            page **9**

Debtor    SEELOS THERAPEUTICS, INC.
          _____
          Name

Case number *(if known)* 24-11987
          _____

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | | _____ |

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Nexmed Holdings, Inc. _____ Name 11975 Camino Real Suite 300 San Diego, CA 92130 | | EIN: 95-4649971 Dates business existed From _____  To _____ |
| 25.2. | **Business name and address** Nexmed (USA) Inc. _____ Name 11975 El Camino Real Suite 300 San Diego, CA 92130 | **Describe the nature of the business** | **Employer Identification number** Do not include Social Security number or ITIN. EIN: 95-4649970 Dates business existed From _____  To _____ |
| 25.3. | **Business name and address** Apricus Pharmaceuticals USA Inc. _____ Name 11975 El Camino Real Suite 300 San Diego, CA 92130 | **Describe the nature of the business** | **Employer Identification number** Do not include Social Security number or ITIN. EIN: 20-5519609 Dates business existed From _____  To _____ |

---

Debtor    SEELOS THERAPEUTICS, INC.

Name

Case number (*if known*) 24-11987

---

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26a.1. _____<br>Name | From _____<br>To _____ |

| Name and address | Dates of service |
|---|---|
| 26a.2. _____<br>Name | From _____<br>To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. _____<br>Name | From _____<br>To _____ |

| Name and address | Dates of service |
|---|---|
| 26b.2. _____<br>Name | From _____<br>To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. _____<br>Name | |

Debtor    SEELOS THERAPEUTICS, INC.                                              Case number (*if known*) 24-11987
_____Name_____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. _____<br>Name | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. _____<br>Name |

| Name and address |
|---|
| 26d.2. _____<br>Name |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. _____<br>Name |

Debtor      SEELOS THERAPEUTICS, INC.                                                    Case number (if known)  24-11987
            Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $ _____ |
| **Name and address of the person who has possession of inventory records** | | |

27.2.   _____
        Name

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Brian Lian | PO Box 7037, Rancho Santa Fe, CA 92067 | Director | |
| Raj Mehra | 209 Lukes Wood Road, New Canaan, CT 06840 | CEO | |
| Richard Pascoe | 1816 Great Oaks Drive, Raleigh, NC 27608 | Director | |
| Margaret Dalesandro | 610 Covelly Lane, Devon, PA 19333 | Director | |
| Michael Golembiewski | 7 Turtle Court, Flemington, NJ 08822 | CFO | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Daniel O'Connor | 13 East Welling Avenue, Pennington, NJ 08534 | | 01/01/2019  To  05/01/2024 |
| | | | _____  To  _____ |
| | | | _____  To  _____ |
| | | | _____  To  _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Raj Mehra | 436,257.00 | 11/15/2023 | Payroll |
| | Name | | | |
| | 209 Lukes Wood Road | | 09/30/2024 | |
| | New Canaan, CT 06840 | | | |
| | | | _____ | |
| | **Relationship to debtor** | | | |
| | CEO | | _____ | |

Official Form 207            **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**            page **13**

Debtor   SEELOS THERAPEUTICS, INC.
_____
Name

Case number (*if known*) 24-11987
_____

|  | Name and address of recipient | 338,616.00 | 11/15/2023 | Payroll |
|---|---|---|---|---|
| 30.2 | Michael Golembiewski | | 09/30/2024 | |
| | Name | | | |
| | 7 Turtle Court | | _____ | |
| | Flemington, NJ 08822 | | | |
| | | | _____ | |
| | Relationship to debtor | | _____ | |
| | CFO | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: _____ |

## Part 14:   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   12/20/2024
_____
MM  / DD  / YYYY

✖ /s/ Raj Mehra.
_____
Signature of individual signing on behalf of the debtor

Printed name   Raj Mehra
_____

Position or relationship to debtor   CEO
_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No
☑ Yes

| | | |
|---|---|---|
| Debtor Name | SEELOS THERAPEUTICS, INC. | Case number (if known)   24-11987 |

## Continuation Sheet for Official Form 207

**3) Certain payments or transfers to creditors within 90 days before filing this case**
American Express, PO Box $14,405.89 Credit card debt
981537, El Paso, TX 79998
University of Queensland, $30,098.43 Services
 Brisbane QLD 4072,
Avance, 213 Glynburn $178,902.88 Services
Road, Firie South
Australia 5070,
PCI Aus, 2/7 Chifley $29,655.09 Services
Drive, Moorabbin Aiport
VIC 3194,
Sullivan & Worcester, PO $20,000.00 Services
Box 847423, Boston, MA
02284
Agilex c/o, Marshall $22,955.17 Services
Freeman 28 Dalgleish
Street, Thebarton SA
5031,
Equinity Trust, PO Box $39,387.08 Services
856686, Minneapolis, MN
55485
HLB Mann, Level 5, 10 $17,449.75 Services
Shelley Street, Sydney,
NSA 2000,
The Flory Institute, $205,912.33 Services
Kenneth Myer Building
University of Melbourne,
VIC 3010,
**7) Legal Actions**
The General Hospital Corporation -vs- Seelos Therapeautics, Inc.
1:24-cv-12818
Civil Suit
United States District Court for the District of Massachusetts
Pending
-------
**25) Other businesses in which the debtor has or has had an interest**
Seelos Corporation 300 Park Avenue 12th 81-3133318
 Floor, New York, NY 10022