WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE, REGION 2
U.S. Department of Justice
Office of the United States Trustee
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, New York 10004
Tel. (212) 510-0500
By:     Mark Bruh, Trial Attorney

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
In re                                                        :    Chapter 11
                                                             :
SEELOS THERAPEUTICS, INC.                                    :
d/b/a APRICUS BIO,                                           :    Case No: 24-11987 (JPM)
                                                             :
                                  Debtor.                    :
------------------------------------------------------------ X

## NOTICE OF APPOINTMENT OF OFFICIAL
## COMMITTEE OF UNSECURED CREDITORS

William K. Harrington, United States Trustee for Region 2, pursuant to Section 1102(a) of title 11, United States Code, hereby appoints the following unsecured creditors to serve on the Official Committee of Unsecured Creditors of Seelos Therapeutics, Inc. d/b/a Apricus Bio:

1. Syneos Health
   1030 Sync Street
   Morrisville NC 27569
   Attn: Wesley Roberts, Esq.
   984-710-8555
   wesley.roberts@syneoshealth.com

2. Altasciences Clinical Los Angeles Inc.
   Altasciences Professional Los Angeles, P.C.
   5630 Cerritos Avenue
   Cypress, CA 90630
   Attn: Mariano Rodriguez
   438-468-6373
   mrodriguez@altasciences.com

3.  The General Hospital Corporation
    d/b/a Massachusetts General Hospital
    55 Fruit Street
    Boston, MA 02114
    Attn: Allison Lennon, Esq.
    617-726-2000
    alennon2@mgb.org

Dated: New York, New York
       January 21, 2025

                        WILLIAM K. HARRINGTON
                        UNITED STATES TRUSTEE

By:  */s/ Mark Bruh*
     Mark Bruh
     Trial Attorney
     Office of the United States Trustee - NY
     Alexander Hamilton Custom House
     One Bowling Green, Room 534
     New York, New York  10004
     Tel. No. (212) 510-0500