WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE, REGION 2
U.S. Department of Justice
Office of the United States Trustee – NY Office
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, NY 10004
Tel. (212) 510-0500
By:    Mark Bruh
         Trial Attorney

Hearing Date: July 31, 2025
Hearing Time: 10:00 a.m.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
In re                                                    :       Chapter 11
                                                      :
SEELOS THERAPEUTICS, INC.,         :      Case No. 24-11987 (JPM)
  a/k/a Apricus Bio,                            :
                                                      :
                                Debtor.      :
---------------------------------------------------------x

## NOTICE OF ADJOURNMENT OF THE UNITED STATES TRUSTEE'S MOTION TO CONVERT THIS CASE TO A CASE UNDER CHAPTER 7 OR, IN THE ALTERNATIVE, TO DISMISS THIS CHAPTER 11 CASE

     **PLEASE TAKE NOTICE** that the United States Trustee's motion for an order converting this case to a case under chapter 7 or, in the alternative, dismissing this chapter 11 case scheduled for a hearing on June 6, 2025 at 10:00 a.m. has been adjourned to **July 31, 2025 at 10:00 a.m.** (the "Hearing").

     **PLEASE TAKE FURTHER NOTICE** that the Hearing will be held via Zoom for Government. Participants are required to register their appearance by 4:00 p.m. the day before the Hearing by utilizing the Electronic Appearance portal located on the Court's website at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.

Dated:  New York, New York
           June 3, 2025

                                                                        WILLIAM K. HARRINGTON
                                                                      UNITED STATES TRUSTEE

                                                      By:    /s/ *Mark Bruh*
                                                               Mark Bruh
                                                               Trial Attorney
                                                               One Bowling Green, Room 534
                                                               New York, NY 10004
                                                                Tel. No. (212) 510-0500